FILED & ENTERED

OCT 12 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier          DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

|  |  |
|---|---|
| In re:<br><br>GUADALUPE MUNOZ,<br><br>Debtor(s).<br>_____<br><br>WESLEY H. AVERY, Chapter 7 Trustee Of The Bankruptcy Estate Of Guadalupe A. Munoz,<br><br>Plaintiff,<br><br>v.<br><br>GUADALUPE A. MUNOZ, an individual; EUSTOLIA CASTRO a.k.a. EUSTOLIA C. MUNOZ,<br><br>Defendant.<br>_____ | Case No.:  2:18-bk-12672-BR<br>Adv. No.:  2:18-ap-01204-BR<br><br>Chapter 7<br><br><br>**JUDGMENT IN FAVOR OF DEFENDANTS FOLLOWING BENCH TRIAL**<br><br>Date:          September 28, 2021<br>Time:          1:30 p.m.<br>Courtroom:  1668<br>                    255 East Temple Street<br>                    Los Angeles, CA 90012 |

The Court held a trial on September 28, 2021 on the complaint by Wesley H. Avery, chapter 7 trustee ("plaintiff") against the debtor, Guadalupe Munoz, and Eustolia Castro a.k.a. Eustolia C. Munoz (collectively, "defendants") seeking, among other things, a judgment against the defendants as to (1) whether the property located at 20131 Diehl Street in Walnut, California was property of the estate pursuant to 11 U.S.C. §541(a)(1), (2) whether denial of the debtor's discharge was warranted based on a concealment of property of the estate pursuant to 11 U.S.C. §727(a)(2)(A), and (3)

whether a denial of the debtor's discharge was proper for allegedly making a false oath pursuant to 11 U.S.C. §727(a)(4)(A).

Appearances were as noted on the record.  The Court considered the testimony of the witnesses and the evidence submitted by the parties and stated its findings of fact and conclusions of law on the record.[1]   For good cause shown, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. Judgment is hereby rendered in this adversary proceeding in favor of the defendants;

2. Plaintiff is not entitled to a judgment for denial of the discharge of debtor/defendant Guadalupe A. Munoz pursuant to 11 U.S.C. § 727 because he failed to prove facts necessary to satisfy the elements for denial of discharge under 11 U.S.C. § 727; and

///
///
///
///
///
///
///
///
///
///

_____

[1]      The findings of fact and conclusions of law set forth by the Court on the record during the hearing on this matter shall constitute the Court's findings of fact and conclusions of law pursuant to Bankruptcy Rule 7052, made applicable to this proceeding pursuant to Bankruptcy Rule 9014. To the extent any finding of fact later shall be determined to be a conclusion of law, it shall be so deemed, and to the extent any conclusion of law later shall be determined to be a finding of fact, it shall be so deemed.

3.  The Clerk of Court is hereby instructed to enter the debtor's discharge.

**IT IS SO ORDERED**.

###

Date: October 12, 2021

Barry Russell
United States Bankruptcy Judge